# EXHIBIT C

# COURTHOUSE SPECIALISTS
9800 Northwest Freeway, Suite 400
Houston, TX 77092
713-683-4027

## HISTORICAL TITLE SEARCH

August 7, 2017                                                                                                  No. 1725655A
Effective Date: August 2, 2017

Being 14.9883 acres of land, more or less, situated in the Ritson Morris League in Harris County, Texas and being composed of the following tracts:

**Tract One**: Five acres of land, more or less, situated in the Ritson Morris League, Harris County, Texas and being more particularly described in the metes and bounds of that certain Special Warranty Deed dated May 23, 2007, from Bennie Oddo and recorded under Harris County Clerk's File No. 20070323267 of the Official Public Records of Harris County, Texas.

**Tract Two**: Five acres of land, more or less, situated in the Ritson Morris League, Harris County, Texas and being more particularly described in the metes and bounds of that certain Special Warranty Deed dated May 23, 2007, from Benestante Investments, Ltd. and recorded under Harris County Clerk's File No. 20070323268 of the Official Public Records of Harris County, Texas.

**Tract Three**: Being 4.9883 acres of land out of the Ritson Morris League, Abstract No. 52 and being more particularly described in the metes and bounds of that certain Warranty Deed with Vendor's Lien dated June 28, 2000, from J. Murillo, Trustee for the Murillo Engineering Profit Sharing Plan and recorded under Harris County Clerk's File No. U489277 of the Official Public Records of Harris County, Texas.

As requested, we have searched the records of Harris County, Texas, pertaining to the property referenced above from **November 14, 1832** through **August 2, 2017** and have determined the following list represents all of the recorded instruments within the said period.

| | |
|---|---|
| **DATE:** | November 14, 1832 |
| **INSTRUMENT:** | Patent |
| **GRANTOR:** | Stephen F. Austin, Empressario |
| **GRANTEE:** | Ritson Morris |
| **COMMENTS:** | |
| **REFERENCE:** | Volume 158, Page 398 of the Deed Records of Harris County, Texas. |

| | |
|---|---|
| **DATE:** | November 10, 1851 |
| **INSTRUMENT:** | Deed |
| **GRANTOR:** | S.N. Dobie |
| **GRANTEE:** | M. Morris |
| **COMMENTS:** | |
| **REFERENCE:** | Volume R, Page 95 of the Deed Records of Harris County, Texas. |

| | |
|---|---|
| **DATE:** | August 7, 1860 |
| **INSTRUMENT:** | Deed |
| **GRANTOR:** | Alfred B. Menard and Virginia Menard |
| **GRANTEE:** | William Edwards |
| **COMMENTS:** | |
| **REFERENCE:** | Volume X, Page 303 of the Deed Records of Harris County, Texas. |

| | |
|---|---|
| **DATE:** | December 3, 1869 |
| **INSTRUMENT:** | Deed |
| **GRANTOR:** | Minerva Morris |
| **GRANTEE:** | Eppie M. Brenner, Ada M. Morris, Edly Morris |
| **COMMENTS:** | |
| **REFERENCE:** | Volume 9B, Page 194 of the Deed Records of Harris County, Texas. |

| | |
|---|---|
| **DATE:** | July 18, 1883 |
| **INSTRUMENT:** | Deed |
| **GRANTOR:** | S.S. Ashe, Tax Assessor of Harris County |
| **GRANTEE:** | Ritson Morris |
| **COMMENTS:** | |
| **REFERENCE:** | Volume 27, Page 578 of the Deed Records of Harris County, Texas. |

| | |
|---|---|
| **DATE:** | July 18, 1883 |
| **INSTRUMENT:** | Deed |
| **GRANTOR:** | A.B. Menard |
| **GRANTEE:** | Mrs. E.M. Bruner and Mrs. A.M. Brantley |
| **COMMENTS:** | |
| **REFERENCE:** | Volume 28, Page 480 of the Deed Records of Harris County, Texas. |

000117

| | |
|---|---|
| DATE: | July 22, 1884 |
| INSTRUMENT: | Deed |
| GRANTOR: | Mrs. E.M. Bruner and Mrs A.M. Brantley |
| GRANTEE: | A.B. Menard |
| COMMENTS: | |
| REFERENCE: | Volume 30, Page 280 of the Deed Records of Harris County, Texas. |

| | |
|---|---|
| DATE: | September 20, 1884 |
| INSTRUMENT: | Deed |
| GRANTOR: | A.B. Menard |
| GRANTEE: | Mrs. Virginia Menard |
| COMMENTS: | |
| REFERENCE: | Volume 30, Page 469 of the Deed Records of Harris County, Texas. |

| | |
|---|---|
| DATE: | June 15, 1891 |
| INSTRUMENT: | Deed |
| GRANTOR: | A.B. Menard and Virginia Menard |
| GRANTEE: | James Converse and Sam Allen |
| COMMENTS: | |
| REFERENCE: | Volume 67, Page 77 of the Deed Records of Harris County, Texas. |

| | |
|---|---|
| DATE: | January 9, 1897 |
| INSTRUMENT: | Deed |
| GRANTOR: | James Converse |
| GRANTEE: | M.W. Garnett |
| COMMENTS: | |
| REFERENCE: | Volume 94, Page 411 of the Deed Records of Harris County, Texas |

| | |
|---|---|
| DATE: | April 25, 1900 |
| INSTRUMENT: | Deed |
| GRANTOR: | Sam Allen and Carrie Belle Garnett, sole legatee, devisee and survivor in community of M.W. Garnett and Independent Executrix of the Estate of M.W. Garnett, Deceased |
| GRANTEE: | Lou Palms |
| COMMENTS: | |
| REFERENCE: | Volume 118, Page 621 of the Deed Records of Harris County, Texas. |

000118

| | |
|---|---|
| **DATE:** | April 25, 1900 |
| **INSTRUMENT:** | Deed |
| **GRANTOR:** | Sam Allen and Carrie Belle Garnett, sole legatee, devisee and survivor in community of M.W. Garnett and Independent Executrix of the Estate of M.W. Garnett, Deceased |
| **GRANTEE:** | Alf Palms |
| **COMMENTS:** | |
| **REFERENCE:** | Volume 118, Page 622 of the Deed Records of Harris County, Texas. |

| | |
|---|---|
| **DATE:** | January 12, 1901 |
| **INSTRUMENT:** | Deed |
| **GRANTOR:** | Sterling Meyer, Trustee |
| **GRANTEE:** | Mrs. Sue E. Baker |
| **COMMENTS:** | |
| **REFERENCE:** | Volume 126, Page 10 of the Deed Records of Harris County, Texas. |

| | |
|---|---|
| **DATE:** | July 30, 1901 |
| **INSTRUMENT:** | Deed |
| **GRANTOR:** | Carrie Belle Abrahams |
| **GRANTEE:** | J.W. Jones |
| **COMMENTS:** | |
| **REFERENCE:** | Volume 128, Page 378 of the Deed Records of Harris County, Texas. |

| | |
|---|---|
| **DATE:** | May 9, 1902 |
| **INSTRUMENT:** | Order |
| **GRANTOR:** | Fannie Rosenberg |
| **GRANTEE:** | South Texas National Bank |
| **COMMENTS:** | |
| **REFERENCE:** | Volume 249, Page 33 of the Deed Records of Harris County, Texas |

| | |
|---|---|
| **DATE:** | June 3, 1902 |
| **INSTRUMENT:** | Sheriff's Deed |
| **GRANTOR:** | A.R. Anderson, Sheriff |
| **GRANTEE:** | South Texas National Bank |
| **COMMENTS:** | |
| **REFERENCE:** | Volume 141, Page 238 of the Deed Records of Harris County, Texas. |

000119

| | |
|---|---|
| **DATE:** | September 7, 1907 |
| **INSTRUMENT:** | Affidavit |
| **GRANTOR:** | A.B. Menard and wife, Virginia Menard |
| **GRANTEE:** | the Public |
| **COMMENTS:** | |
| **REFERENCE:** | Volume 209, Page 369 of the Deed Records of Harris County, Texas. |

| | |
|---|---|
| **DATE:** | September 6, 1910 |
| **INSTRUMENT:** | Deed |
| **GRANTOR:** | Sarah B. Jones, Executrix and Sole Legatee of the Estate of J.W. Jones, Deceased |
| **GRANTEE:** | Mrs. Julia S Hecker |
| **COMMENTS:** | |
| **REFERENCE:** | Volume 258, Page 125 of the Deed Records of Harris County, Texas. |

| | |
|---|---|
| **DATE:** | May 2, 1911 |
| **INSTRUMENT:** | Deed |
| **GRANTOR:** | Carrie Belle Abrahams, Independent Executrix and sole legatee and devisee under the will of M.W. Garrett, Deceased |
| **GRANTEE:** | Sarah B. Jones |
| **COMMENTS:** | |
| **REFERENCE:** | Volume 267, Page 626 of the Deed Records of Harris County, Texas. |

| | |
|---|---|
| **DATE:** | June 8, 1937 |
| **INSTRUMENT:** | Deed |
| **GRANTOR:** | Norma Palms, Emelie Laura Palms |
| **GRANTEE:** | Charles Ellis and wife, Frances A. Ellis |
| **COMMENTS:** | |
| **REFERENCE:** | Volume 1074, Page 479 of the Deed Records of Harris County, Texas. |

| | |
|---|---|
| **DATE:** | April 11, 1968 |
| **INSTRUMENT:** | Quitclaim Deed |
| **GRANTOR:** | Henry M. Jordan and wife, Florence Jordan |
| **GRANTEE:** | Handley Realty Company |
| **COMMENTS:** | |
| **REFERENCE:** | Clerk's File No. C891756. |

000120

| | |
|---|---|
| **DATE:** | August 23, 1968 |
| **INSTRUMENT:** | Deed |
| **GRANTOR:** | Frances A. Ellis, widow of Charles Ellis |
| **GRANTEE:** | Josephine Benestante Oddo, Bennie Oddo, Vincent Oddo and Maridean Wilkers Oddo |
| **COMMENTS:** | |
| **REFERENCE:** | Clerk's File No. C776611 |

| | |
|---|---|
| **DATE:** | April 2, 1969 |
| **INSTRUMENT:** | Warranty Deed |
| **GRANTOR:** | Nine Laura Temple, formerly Nina Laura Palms |
| **GRANTEE:** | Handley Realty Company |
| **COMMENTS:** | |
| **REFERENCE:** | Clerk's File No. C891754. |

| | |
|---|---|
| **DATE:** | April 2, 1969 |
| **INSTRUMENT:** | Warranty Deed |
| **GRANTOR:** | Handley Realty Company |
| **GRANTEE:** | San Jacinto Savings Association |
| **COMMENTS:** | |
| **REFERENCE:** | Clerk's File No. C909465. |

| | |
|---|---|
| **DATE:** | September 12, 1969 |
| **INSTRUMENT:** | Deed |
| **GRANTOR:** | San Jacinto Savings Association |
| **GRANTEE:** | S.J. Investment Co |
| **COMMENTS:** | |
| **REFERENCE:** | Clerk's File No. C982730 |

| | |
|---|---|
| **DATE:** | February 21, 1974 |
| **INSTRUMENT:** | Deed |
| **GRANTOR:** | Vincent Oddo and wife, Josephine Benestante Oddo |
| **GRANTEE:** | Bennie Oddo and wife, Maridean Wilkers Oddo |
| **COMMENTS:** | |
| **REFERENCE:** | Clerk's File No. E089810 |

000121

| | |
|---|---|
| **DATE:** | February 21, 1974 |
| **INSTRUMENT:** | Deed |
| **GRANTOR:** | Bennie Oddo and wife, Maridean Wilkers Oddo |
| **GRANTEE:** | Vincent Oddo and wife, Josephine Benestante Oddo |
| **COMMENTS:** | |
| **REFERENCE:** | Clerk's File No. E089811 |

| | |
|---|---|
| **DATE:** | June 1, 1976 |
| **INSTRUMENT:** | Deed |
| **GRANTOR:** | S.J. Investment Co. |
| **GRANTEE:** | San Jacinto Savings Association |
| **COMMENTS:** | |
| **REFERENCE:** | Clerk's File No. E840842 |

| | |
|---|---|
| **DATE:** | July 15, 1977 |
| **INSTRUMENT:** | Deed |
| **GRANTOR:** | Maridean W. Oddo |
| **GRANTEE:** | Bennie Oddo |
| **COMMENTS:** | |
| **REFERENCE:** | Clerk's File No. F748444 |

| | |
|---|---|
| **DATE:** | October 25, 1983 |
| **INSTRUMENT:** | General Warranty Deed |
| **GRANTOR:** | San Jacinto Savings Association |
| **GRANTEE:** | J. Ray Murillo, Trustee |
| **COMMENTS:** | |
| **REFERENCE:** | J206818 |

| | |
|---|---|
| **DATE:** | October 25, 1983 |
| **INSTRUMENT:** | General Warranty Deed |
| **GRANTOR:** | San Jacinto Savings Association |
| **GRANTEE:** | J. Ray Murillo, Trustee |
| **COMMENTS:** | |
| **REFERENCE:** | Clerk's File No. J214408 |

000122

000123

| | |
|---|---|
| **DATE:** | April 15, 1997 |
| **INSTRUMENT:** | Warranty Deed |
| **GRANTOR:** | Josephine Oddo |
| **GRANTEE:** | I Benestante Investments, L.P. |
| **COMMENTS:** | |
| **REFERENCE:** | Clerk's File No. S513130 |

| | |
|---|---|
| **DATE:** | June 30, 1998 |
| **INSTRUMENT:** | Warranty Deed |
| **GRANTOR:** | Benestante Investments, L.P. |
| **GRANTEE:** | Benestante Investments, LTD. |
| **COMMENTS:** | |
| **REFERENCE:** | Clerk's File No. T125997 |

| | |
|---|---|
| **DATE:** | May 17, 2000 |
| **INSTRUMENT:** | Affidavit of Heirship As to Real Property |
| **GRANTOR:** | Billie Rue Benestante, Raymond R. Benestante, Bernardo Oddo, Lena Oddo Carotenuto |
| **GRANTEE:** | the Public |
| **COMMENTS:** | |
| **REFERENCE:** | Clerk's File No. U419469 |

| | |
|---|---|
| **DATE:** | June 28, 2000 |
| **INSTRUMENT:** | Warranty Deed with Vendor's Lien |
| **GRANTOR:** | J. Ray Murillo, Trustee for the Murillo Engineering Profit Sharing Plan |
| **GRANTEE:** | Stacey R. Oddo |
| **COMMENTS:** | |
| **REFERENCE:** | Clerk's File No. U489277 |

| | |
|---|---|
| **DATE:** | August 31, 2001 |
| **INSTRUMENT:** | Affidavit of Heirship As to Real Property |
| **GRANTOR:** | Billie Rue Benestante, Raymond R. Benestante, Bernardo Oddo, Lena Oddo Carotenuto |
| **GRANTEE:** | the Public |
| **COMMENTS:** | |
| **REFERENCE:** | Clerk's File No. V291923 |

8

**DATE:** August 31, 2001
**INSTRUMENT:** Special Warranty Deed
**GRANTOR:** Lena Oddo Carotenuto
**GRANTEE:** Bennie Oddo
**COMMENTS:**
**REFERENCE:** Clerk's File No. V291924.

**DATE:** May 23, 2007
**INSTRUMENT:** Special Warranty Deed
**GRANTOR:** Bennie Oddo
**GRANTEE:** Stacey Oddo
**COMMENTS:**
**REFERENCE:** Clerk's File No. 20070323267

**DATE:** May 23, 2007
**INSTRUMENT:** Special Warranty Deed
**GRANTOR:** Benestante Investments, Ltd.
**GRANTEE:** Stacey Oddo
**COMMENTS:**
**REFERENCE:** Clerk's File No. 20070323268

**DATE:** May 23, 2007
**INSTRUMENT:** Quitclaim Deed
**GRANTOR:** Bennie Oddo
**GRANTEE:** Stacey Oddo
**COMMENTS:**
**REFERENCE:** Clerk's File No. 20070323269

000124