# EXHIBIT D

9.5215 ACRES:
HISTORICAL TITLE CHAIN FURNISHED BY COURTHOUSE SPECIALISTS ON SEPTEMBER 9, 2017; EFFECTIVE SEPTEMBER 14, 2017, FILE NO. 1725855A–3:

1. BY DEED DATED APRIL 17, 1888, RECORDED IN VOLUME 43, PAGE 226, DEED RECORDS OF HARRIS COUNTY, TEXAS, P. E. NICHOLSON, ET UX, CONVEYED TO E. N. NICHOLSON, 93 ACRES OF LAND ON CLEAR CREEK AND BEING THE SOUTHERN PART OF THE RITSON MORRIS LEAGUE.

2. BY DEED DATED MARCH 22, 1895, RECORDED IN VOLUME 83, PAGE 48, DEED RECORDS OF HARRIS COUNTY, TEXAS, P. E. NICHOLSON, SR., ET AL, CONVEYED TO GALVESTON, LAPORTE AND HOUSTON RAILWAY COMPANY THE PERPETUAL FREE, AND UNINTERRUPTED RIGHT, LIBERTY AND PRIVILEGE OF PASSAGE IN AND ALONG A CERTAIN TRACT OF LAND IN THE RITSON MORRIS LEAGUE, CONTAINING 298 ACRES AND AGREES TO CONVEY TO SAID RAILWAY COMPANY THE NINE ACRE BLOCK SITUATED IN THE EXTREME NORTHWEST CORNER OF THE P. E. NICHOLSON, SR. SUBDIVISION OF SAID LEAGUE, AS PER PLAT, THE SAME BEING AS NEARLY SQUARE AS PRACTICABLE; HOWEVER, NINE ACRE CONVEYANCE IS SUBJECT TO CONDITION THAT THE RAILWAY COMPANY CONSTRUCT AND MAINTAIN A STATION AT A CONVENIENT POINT ALONG THE RIGHT OF WAY CONVEYED; SAID RIGHT OF WAY BEING 150 FEET BROAD.

3. BY DEED DATED MARCH 25, 1895, RECORDED IN VOLUME 83, PAGE 50, DEED RECORDS OF HARRIS COUNTY, TEXAS, P. E. NICHOLSON, SR., ET AL, CONVEYED TO GALVESTON, LAPORTE AND HOUSTON RAILWAY COMPANY, THE NINE ACRE BLOCK MENTIONED ABOVE; MADE ON CONDITION THAT SAID RAILWAY COMPANY CONSTRUCT AND MAINTAIN A STATION ON THE LAND GIVEN BY GRANTOR FOR RIGHT OF WAY.

4. BY DEED DATED APRIL 20, 1900, RECORDED IN VOLUME 167, PAGE 440, DEED RECORDS OF HARRIS COUNTY, TEXAS, THE SEABROOK TOWN LOT AND IMPROVEMENT COMPANY, BY ITS PRESIDENT, SEABROOK W. SYDNOR, CONVEYED TO THE GALVESTON, HOUSTON & NORTHERN RAILWAY COMPANY FRACTIONAL BLOCK NO. 3 IN THE TOWN OF SEABROOK ACCORDING TO MAP OF RECORD IN VOLUME 92, PAGE 284, DEED RECORDS OF HARRIS COUNTY, TEXAS; AND FRACTIONAL BLOCK NO. 2 IN SAME TOWN.

5. BY DEED DATED APRIL 25, 1900, RECORDED IN VOLUME 167, PAGE 441, DEED RECORDS OF HARRIS COUNTY, TEXAS, P. E. NICHOLSON, SR., ET AL, CONVEYED TO THE GALVESTON, HOUSTON AND NORTHERN RAILWAY COMPANY, ALL OF THEIR RIGHT, TITLE AND INTEREST IN FRACTIONAL BLOCKS NO. 2 AND NO. 3 IN THE TOWN OF SEABROOK, ACCORDING TO MAP OF RECORD IN VOLUME 92, PAGE 284, DEED RECORDS, HARRIS COUNTY, TEXAS.

6. MAP OF SEABROOK, BEING A SUBDIVISION OF 263.6 ACRES OUT OF THE LOWER PART OF THE RITSON MORRIS LEAGUE, AS RESUBDIVIDED BY THE SEABROOK LAND COMPANY, DATED FEBRUARY OF 1903 AND RECORDED IN VOLUME 1 AT PAGE 50 OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS.

7. BY DEED DATED SEPTEMBER 29, 1904, THE SEABROOK LAND COMPANY CONVEYED TO THE GALVESTON, HOUSTON & NORTHERN RAILWAY COMPANY OUT OF THE TOWNSITE OF SEABROOK, BEING ALL THAT PART OF FRACTIONAL BLOCK NO. 3, SITUATED WEST OF THE RIGHT OF WAY OF SAID RAILWAY AND ALL OF FRACTIONAL BLOCK NO. 2 OF THE TOWN OF SEABROOK, INCLUDING THE STREET BETWEEN SAID FRACTIONAL BLOCKS; RECORDED IN VOLUME 168, PAGE 408, DEED RECORDS OF HARRIS COUNTY, TEXAS.

8. MAP OF CHANNEL OF HARRIS COUNTY CHANNEL & DOCK COMPANY DATED MAY 3, 1905, RECORDED IN VOLUME 2, PAGE 8 OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS.

9. BY INSTRUMENT DATED JUNE 30, 1934, RECORDED IN VOLUME 984, PAGE 86 OF THE DEED RECORDS OF HARRIS COUNTY, TEXAS, THE GALVESTON, HARRISBURG AND SAN ANTONIO RAILWAY COMPANY CONVEYED TO THE TEXAS AND NEW ORLEANS RAILROAD COMPANY, OF THEIR LINES SITUATED IN THE COUNTIES OF GALVESTON, HARRIS, ETC...; EXTENDING FROM GALVESTON THROUGH HARRISBURG AND SAN ANTONIO TO EL PASO AND TO A CONNECTION WITH THE RAILROAD OF SOUTHERN PACIFIC RAILROAD COMPANY AT THE BOUNDARY, IN THE RIO GRANDE.

10. BY DEED DATED DECEMBER 20, 1994, THE SOUTHERN PACIFIC TRANSPORTATION COMPANY CONVEYED TO JOHN BURKLAND A 9.5215 ACRE TRACT OF LAND IN THE RITSON MORRIS LEAGUE; BEING THE SAME 9 ACRE TRACT MENTIONED ABOVE AS RECORDED IN VOLUME 83, PAGE 50; AND FRACTIONAL BLOCK 2, THE SOUTHWEST PORTION OF FRACTIONAL BLOCK 3 AND PART OF SYDNOR AVENUE, SEABROOK TOWNSITE ACCORDING TO MAP RECORDED IN VOLUME 1, PAGE 50, MAP RECORDS, HARRIS COUNTY, TEXAS; BEING SAME LAND CONVEYED TO GALVESTON, HOUSTON AND NORTHERN RAILWAY COMPANY IN VOLUME 168, PAGE 408; THIS INSTRUMENT IS RECORDED UNDER COUNTY CLERK'S FILE #R303368 OF THE OFFICIAL PUBLIC RECORDS OF REAL PROPERTY OF HARRIS COUNTY, TEXAS.

11. BY DEED DATED APRIL 22, 1996, RECORDED UNDER COUNTY CLERK'S FILE #R893392 OF THE OFFICIAL PUBLIC RECORDS OF REAL PROPERTY OF HARRIS COUNTY, TEXAS, JOHN M. BURKLAND, ET UX, CONVEYED TO TECHNICAL AUTOMATION SERVICES CORPORATION, THE 9.5215 ACRES, FRACTION BLOCK 2 AND THE SOUTHWEST PORTION OF FRACTIONAL BLOCK 3 AND PART OF SYDNOR AVENUE, SEABROOK TOWNSITE.

12. BY DEED DATED APRIL 22, 1996, RECORDED UNDER COUNTY CLERK'S FILE #R893396 OF THE OFFICIAL PUBLIC RECORDS OF REAL PROPERTY OF HARRIS COUNTY, TEXAS, TECHNICAL AUTOMATION SERVICES CORP. CONVEYED TO JOHN M. BURKLAND, ET UX, A 5.471 ACRE TRACT IN THE RITSON MORRIS LEAGUE AND THE 9.5215 ACRES MENTIONED ABOVE; SUBJECT TO NUMEROUS PIPELINE EASEMENTS LISTED HEREIN FOR TRACT 1; ALSO INCLUDED FRACTIONAL BLOCK 2 AND THE SOUTHWEST PORTION OF FRACTIONAL BLOCK 3 AND PART OF SYDNOR AVENUE.

BHA JOB NO.174897 – PAGE 4

000273

1. BY DEED DATED JUNE 15, 1891, A. B. MENARD AND VIRGINIA MENARD CONVEYED TO JAMES CONVERSE AND SAM ALLEN TWO TRACTS OF LAND CONTAINING 450 ACRES; HAS A DESCRIPTION, BUT CANNOT PLOT AND SEEMS TO OVERLAP ITSELF; RECORDED IN VOLUME 67 AT PAGE 77 OF THE DEED RECORDS OF HARRIS COUNTY, TEXAS.

2. BY DEED DATED JANUARY 9, 1897, JAMES CONVERSE CONVEYED TO M. W. GARNETT, HIS UNDIVIDED 1/2 INTEREST IN THE 450 ACRES AND 40 ACRES; REFERS BACK TO VOLUME 67 AT PAGE 77; RECORDED IN VOLUME 94 AT PAGE 411, DEED RECORDS, HARRIS COUNTY, TEXAS.

3. BY DEED DATED APRIL 25, 1900, SAM ALLEN LUMBER CO. AND CARRIE GARNETT, SOLE HEIR OF M. W. GARNETT, CONVEYED TO LOU PALMS A TRACT OF LAND BEING 10 ACRES AND ALSO A TRIANGLE PIECE CONTAINING 14120 SQUARE FEET, RECORDED IN VOLUME 118 AT PAGE 621, DEED RECORDS; SAID TRACT SHOWN HEREON.

4. BY DEED DATED NOVEMBER 5, 1948, RECORDED UNDER COUNTY CLERK'S FILE #B114945, DEED RECORDS OF HARRIS COUNTY, TEXAS, AUGUSTA M. PALMS, WIDOW OF LOU PALMS, CONVEYED TO NINA LAURA PALMS 10 ACRES AS SHOWN HEREON; TOGETHER WITH TRACT OF 14,120 SQUARE FEET AS SHOWN HEREON.

5. LAST WILL AND TESTAMENT OF NINA LAURA PALMS RECORDED UNDER CAUSE #186,853, FILM CODE 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, DATED AUGUST 1, 1983, LEAVES HER HOMEPLACE COMPRISING 5.25 ACRES IN SEABROOK, IN THE RITSON MORRIS SURVEY, TRACT 3, AND THE LAND KNOWN AS THE WEST 37.5 FEET OF LOTS 6-10, INCLUSIVE, BLOCK 30, TOWNSITE OF SEABROOK; AND A SMALL COTTAGE KNOWN AS 1914 THIRD STREET.

6. BY DEED DATED DECEMBER 12, 1988, RECORDED UNDER COUNTY CLERK'S FILE #L963744, OFFICIAL PUBLIC RECORDS OF REAL PROPERTY OF HARRIS COUNTY, TEXAS, CICELY MARGARET PALMS CONVEYED TO EDWARD F. PALMS, ET UX, AN UNDIVIDED 1/2 INTEREST IN THE 5.3557 ACRES SHOWN HEREON AND INCLUDES THE 14,120 SQUARE FEET OF LAND.

7. BY DEED DATED MAY 11, 1994, CICELY MARGARET PALMS, EDWARD PALMS AND WIFE, BEVERLY PALMS, CONVEYED TO JOHN M. BURKLAND, THE 5.3557 ACRES, RECORDED UNDER COUNTY CLERK'S FILE #P855727, OFFICIAL PUBLIC RECORDS OF REAL PROPERTY OF HARRIS COUNTY, TEXAS.

EASEMENTS AFFECTING 5.3557 ACRES:

SUBJECT TO PIPELINE EASEMENT FROM AUGUSTA PALMS, ET AL. TO SHELL PIPE LINE CORP. BY INSTRUMENT DATED SEPTEMBER 25, 1942 AND RECORDED IN VOLUME 1270 AT PAGE 237 OF THE DEED RECORDS OF HARRIS COUNTY, TEXAS. EASEMENT IS UNDEFINED AS TO WIDTH AND LOCATION; ASSIGNED TO SERVICE PIPE LINE COMPANY IN VOL. 4263, PG. 198, D.R.

SUBJECT TO PIPELINE EASEMENT FROM AUGUSTA PALMS, ET AL. TO DEFENSE PLANT CORPORATION BY INSTRUMENT DATED MAY 28, 1943 AND RECORDED IN VOLUME 1287 AT PAGE 79 OF THE DEED RECORDS OF HARRIS COUNTY, TEXAS; EASEMENT IS UNDEFINED AS TO WIDTH AND LOCATION. SAID PIPELINE WAS TRANSFERRED BY HUMBLE OIL & REFINING COMPANY TO HUMBLE PIPE LINE COMPANY BY INSTRUMENT DATED APRIL 23, 1968 AND RECORDED UNDER COUNTY CLERK'S FILE NO. C870990 OF THE DEED RECORDS OF HARRIS COUNTY, TEXAS.

SUBJECT TO PIPELINE RIGHT-OF-WAY FROM AUGUSTA PALMS, ET AL. TO GULF REFINING COMPANY & GULF OIL CORPORATION, DATED JULY 17, 1951, RECORDED IN VOLUME 2312, PAGE 670, DEED RECORDS, HARRIS COUNTY, TEXAS; EASEMENTS IS UNDEFINED AS TO WIDTH AND LOCATION; SAID PIPELINE WAS CONVEYED BY GULF REFINING COMPANY TO GULF PIPE LINE COMPANY BY INSTRUMENT DATED DECEMBER 31, 1956, RECORDED IN VOLUME 3463, PAGE 264, DEED RECORDS OF HARRIS COUNTY, TEXAS.

SUBJECT TO PIPELINE EASEMENT FROM AUGUSTA PALMS, ET AL. TO MAGNOLIA PIPE LINE COMPANY BY INSTRUMENT DATED MAY 28, 1956 AND RECORDED IN VOLUME 3210 AT PAGE 616 OF THE DEED RECORDS OF HARRIS COUNTY, TEXAS; EASEMENT IS UNDEFINED AS TO WIDTH AND IS TO BE LAID 10 FEET WEST OF EXISTING PIPELINE.

SUBJECT TO EASEMENT OR RIGHT-OF-WAY DATED SEPTEMBER 11, 1963 FROM NINA LAURA PALMS TO HOUSTON LIGHTING & POWER COMPANY AS RECORDED IN VOLUME 5274 AT PAGE 90, DEED RECORDS OF HARRIS COUNTY, TEXAS; AS SHOWN HEREON' CALLED TO BE 1.692 ACRES.

SUBJECT TO RIGHT-OF-WAY EASEMENT DATED AUGUST 7, 1973, FROM NINA LAURA PALMS TO AMOCO PIPELINE COMPANY, FOR A 10' WIDE EASEMENT, RECORDED UNDER COUNTY CLERK'S FILE #D943852 OF THE DEED RECORDS OF HARRIS COUNTY, TEXAS; AS SHOWN HEREON.

SUBJECT TO PIPELINE RIGHT OF WAY CONVEYED BY NINA LAURA PALMS TO GULF OIL CORPORATION BY INSTRUMENT DATED JUNE 7, 1977 AND RECORDED UNDER COUNTY CLERK'S FILE #F171634 OF THE DEED RECORDS OF HARRIS COUNTY, TEXAS; SAID RIGHT OF WAY IS TO BE 10 FEET WIDE HOWEVER, THIS LOCATION WAS CORRECTED BY F378236, DATED OCTOBER 5, 1977; AS SHOWN HEREON.

SUBJECT TO 10' WIDE PIPELINE EASEMENT AND R/W FROM NINA LAURA PALMS TO UNION CARBIDE CORPORATION BY INSTRUMENT DATED OCTOBER 25, 1979 AND RECORDED UNDER COUNTY CLERK'S FILE #G324886, DEED RECORDS OF HARRIS COUNTY, TEXAS.

SUBJECT TO EASEMENT FOR 10" PIPELINE FROM NINA LAURA PALMS TO AIR PRODUCTS & CHEMICALS, INC. DATED AUGUST 13, 1980 AND RECORDED UNDER COUNTY CLERK'S FILE #H101519, DEED RECORDS OF HARRIS COUNTY, TEXAS; AS SHOWN HEREON.

5.182 ACRES
REX L. MEADOR
TO
HOUSTON LIGHTING & POWER CO.
JULY 10, 1961
VOLUME 4457, PAGE 1
CCF #B375373
DEED RECORDS
HARRIS COUNTY, TEXAS
TRACT III – ANY REVERSIONARY OR OTHER RIGHTS
OF GRANTORS IN AND TO SURFACE OF TRACT
BETWEEN TRACT I AND II – BEING ABANDONED RR & HWY. 146
JULIAN OSWALD HECKER, ET AL
TO
REX L. MEADOR
SEPTEMBER 1, 1960
VOLUME 4125, PAGE 434
DEED RECORDS
HARRIS COUNTY, TEXAS
TRACT II – 182.213 ACRES
O/O J. P. HECKER 460 ACRES
JULIAN OSWALD HECKER, ET AL
TO
REX L. MEADOR
SEPTEMBER 1, 1960
VOLUME 4125, PAGE 434
DEED RECORDS
HARRIS COUNTY, TEXAS
THESE TRACTS I, II & III ARE SUBJECT
TO THE FOLLOWING:
ESMT. TO MAGNOLIA PL CO. VOL. 3354, PG. 103
ESMT. TO GULF REFINING CO. & GULF OIL. VOL. 2309, PG. 401
ESMT. TO DEFENSE PLANT CORP. VOL. 1286, PG. 396
ESMT. TO SHELL PL CORP. VOL. 1270, PG. 235; ASSIGNED TO
HUMBLE PIPELINE CO., ET AL. VOL. 1343, PG. 318
ESMT. TO HARRIS COUNTY VOL. 112, PG. 505
ESMT. TO STATE OF TEXAS, VOL. 1006, PG. 12
R/W FROM JULIA HECKER TO STATE OF TEXAS, VOL. 1210, PG. 579
RIGHTS & TITLE OF THE G. H. & S. A. R.R. CO. OR
ANY OTHER RAILROAD COMPANY IN AND TO THE STRIP OF LAND
BETWEEN THE EAST BOUNDARY OF TRACT I AND THE WEST
LINE OF STATE HIGHWAY NO. 146.
120' WIDE EASEMENT
ESTATE OF CHARLES ELLIS
TO
HOUSTON LIGHTING & POWER CO.
SEPTEMBER 10, 1963
VOLUME 5274, PAGE 92
DEED RECORDS
HARRIS COUNTY, TEXAS
C/L ASBUILT AMOCO 12"PIPELINE
C/L 10' WIDE ESMT
BENNIE ODDO
TO
GULF OIL CORPORATION
AUGUST 2, 1977
CCF #F287994
C/L 10' WIDE ESMT
BENNIE ODDO
TO
UNION CARBIDE CORPORATION
NOVEMBER 10, 1979
CCF #G324884
C/L 10' WIDE ESMT
VINCENT ODDO
TO
AMOCO PIPELINE COMPANY
AUGUST 22, 1973
CCF #D956584
PIPELINE R/W & ESMT.
STACEY ODDO
TO
DOW HYDROCARBONS
& RESOURCES LLC
#20140459712
C/L 10' WIDE ESMT
VINCENT ODDO, ET UX
TO
GULF OIL CORPORATION
AUGUST 2, 1977
CCF #F287993
C/L 10' WIDE ESMT
VINCENT ODDO, ET UX
TO
UNION CARBIDE CORPORATION
NOVEMBER 10, 1979
CCF #G324885
C/L 10" WIDE PIPELINE ESMT
BENNIE ODDO
TO
AIR PRODUCTS & CHEMICALS, INC.
JULY 22, 1980
CCF #G627560
C/L 10" WIDE PIPELINE ESMT.
VINCENT ODDO, ET UX
TO
AIR PRODUCTS & CHEMICALS, INC.
JULY 22, 1980
CCF #G627561
BEGINNING AT A STAKE
IN THE W/LINE OF G.H. & S.A.
RAILROAD R/W AT THE NEC
OF 10 ACRES CONVEYED BY
SAM ALLEN LUMBER CO., ET AL
TO LOU PALMS
14,120 SQUARE FEET
SAM ALLEN LUMBER CO., ET AL
TO
LOU PALMS
APRIL 25, 1900
VOLUME 118, PAGE 621
DEED RECORDS
HARRIS COUNTY, TEXAS
10 ACRES
SAM ALLEN LUMBER CO., ET AL
TO
ALF PALMS
APRIL 25, 1900
VOLUME 118, PAGE 622
DEED RECORDS
HARRIS COUNTY, TEXAS
NWC LOU PALMS
10 ACRES
WEST 878.0'
5.00 ACRES
BENNIE ODDO TO STACEY ODDO
MAY 23, 2007
CCF #20070323267
O.P.R.R.P., H.C., TX
(PART OF SAME LAND
VOL. 118, PG. 622–623)
10 ACRES
MISS NORMA PALMS, ET AL
TO
CHARLES ELLIS, ET UX
JUNE 8, 1937
VOL. 1074, PG. 479
D.R.H.C., TX.
(SAME LAND AS 118/622–623)
C/L 30' WIDE ESMT
BENESTANTE INV., LTD.
TO
LAVACA PIPE LINE CO.
MAY 31, 2000
CCF #U503724
S 70°12' E 250.0'
N 70°12' W 250.0'
EAST 878.0
WEST 878.0
ALSO Q/C DEED
BENNIE ODDO
TO
STACEY ODDO
MAY 23, 2007
CCF #20070323269
O.P.R.R.P., H.C., TX.
5.00 ACRES
BENESTANTE INVESTMENTS, LTD.
TO STACEY ODDO
MAY 23, 2007
CCF #20070323268
O.P.R.R.P., H.C., TX.
(PART OF SAME LAND VOL. 118, PG. 622–623)
EAST 878.0
C/L 30' WIDE ESMT
BERNARDO ODDO, ET AL
TO
LAVACA PIPE LINE CO.
JUNE 2, 2000
CCF #U503723
30'
S 70°12' E 250.0'
N 70°12' W 250.0'
S 89°43'34" E 438.60'
N 89°43'34" W 441.88'
N 89°49'45" W 442.00'
10 ACRES
SAM ALLEN LUMBER CO., ET AL
TO
LOU PALMS
APRIL 25, 1900
VOLUME 118, PAGE 621
DEED RECORDS
HARRIS COUNTY, TEXAS
S 70°12' E 600.0'
N 06°52'41" W 497.58'
4.9883 ACRES
J. MURILLO, TRUSTEE
TO
STACEY R. ODDO
JUNE 28, 2000
CCF #U489277
OFFICIAL PUBLIC RECORDS
OF REAL PROPERTY OF
HARRIS COUNTY, TEXAS
S 07°03'38" E 499.41'
S 07°30'28" E 499.45'
5.3557 ACRES
CICELY MARGARET PALMS, ET AL
TO
JOHN M. BURKLAND
MAY 11, 1994
CCF #P855727
OFFICIAL PUBLIC RECORDS
OF REAL PROPERTY OF
HARRIS COUNTY, TEXAS
N 07°20'37" W 686.92'
N 89°31'00" W 440.41'
S 89°49'45" E 288.27'
EAST 878.0
S 49°43'19" E 253.92'
BHA JOB NO.174897 – PAGE 1

000270

14.9883 ACRES:

HISTORICAL CHAIN OF TITLE FURNISHED BY COURTHOUSE SPECIALISTS ON AUGUST 7, 2017, EFFECTIVE DATE OF AUGUST 2, 2017; FILE NO. 1725655A:

TRACT ONE: 5.0 ACRES, MORE OR LESS, CONVEYED TO STACEY ODDO UNDER COUNTY CLERK'S FILE #20070323267:

TRACT TWO: 5.0 ACRES, MORE OR LESS, CONVEYED TO STACEY ODDO UNDER COUNTY CLERK'S FILE #20070323268;

TRACT THREE: 4.9883 ACRES CONVEYED TO STACEY ODDO UNDER COUNTY CLERK'S FILE #U489277;

1. BY DEED DATED NOVEMBER 14, 1832, STEPHEN F. AUSTIN, EMPRESSARIO ISSUED A PATENT TO RITSON MORRIS, RECORDED IN VOLUME 158 AT PAGE 398, DEED RECORDS OF HARRIS COUNTY, TEXAS.

2. BY INDENTURE DATED NOVEMBER 5, 1852, S. N. DOBIE, ET UX, AND MINERVA MORRIS AS NATURAL GUARDIAN OF THE MINORS OF RITSON MORRIS DEED TO-WIT: PENELOPE MORRIS, OSCEOLA MORRIS AND ADCOCK MORRIS, ALSO VIRGINIA MORRIS, TO MARY DOBIE 400 ACRES OF LAND, MORE OR LESS, OUT OF THE MORRIS LEAGUE, ADJOINING MORGANS AND WILLIS DOUGLAS' LAND FRONTING ON GALVESTON BAY, OCCUPIED BY MINERVA MORRIS AND TO THE UNSOLD BALANCE OF THAT HALF LEAGUE OF LAND SET APART TO THE ESTATE OF RITSON MORRIS BY DIVISION OF SAID ESTATE; RECORDED IN VOLUME "R" AT PAGE 95, DEED RECORDS, HARRIS COUNTY, TEXAS.

3. BY DEED DATED AUGUST 7, 1860, ALFRED AND VIRGINIA MENARD BY SHERIFF, DEEDED TO WILLIAM EDWARDS, ALL THE ESTATE, RIGHT, TITLE AND INTEREST WHICH THE SAID MENARDS HAD ON THE ____ DAY OF JULY, 1860 OR AT ANY TIME AFTERWARDS: BEING AN UNDIVIDED FIFTH OF THE LAND SET APART TO THE ESTATE OF RITSON MORRIS, DECEASED; BEING 1/5 OF A 1660 ACRES; RECORDED IN VOLUME "X" AT PAGE 303, DEED RECORDS, HARRIS COUNTY, TEXAS.

4. BY DEED DATED FEBRUARY 1, 1871, RECORDED IN VOLUME 98, PAGE 194, DEED RECORDS OF HARRIS COUNTY, TEXAS, MINERVFA MORRISS CONVEYED TO EPPIE M. BRENNER, ET AL, 605 ACRES OF LAND IN THE RITSON MORRIS LEAGUE; UNABLE TO PLOT BASED ON DESCRIPTION CONTAINED HEREIN.

5. BY DEED DATED JULY 18, 1883, RECORDED IN VOLUME 27, PAGE 578, ESTATE OF RITSON MORRIS, DECEASED, CONVEYED TO S. S. ASHE, TAX ASSESSOR, 617 ACRES AND 200 ACRES ON GALVESTON BAY; NO DESCRIPTION CONTAINED THEREIN.

6. BY DEED DATED SEPTEMBER 10, 1883, RECORDED IN VOLUME 28 AT PAGE 480, DEED RECORDS, HARRIS COUNTY, TEXAS, AA. B. MENARD CONVEYED TO MRS. E. M. BRENNER, ET AL, 617 ACRES: NO DESCRIPTION CONTAINED THEREIN.

7. BY DEED DATED JULY 22, 1884 AND RECORDED IN VOLUME 30 AT PAGE 280, DEED RECORDS, HARRIS COUNTY, TEXAS, MRS. E. M. BRENNER AND MRS. A. M. BRANTLEY CONVEYED TO A. M. MENARD, A TRACT OF LAND OUT OF THE RITSON MORRIS LEAGUE; NO ACREAGE GIVE AND CANNOT PLOT BASED ON DESCRIPTION CONTAINED THEREIN.

8 BY DEED DATED SEPTEMBER 20, 1884, RECORDED IN VOLUME 30, PAGE 469, DEED RECORDS, HARRIS COUNTY, TEXAS, A. B. MENARD CONVEYED TO MRS. VIRGINIA MENARD, PART OF THE RITSON MORRIS LEAGUE ON THE NORTH SIDE OF CLEAR CREEK; BEING SAME LAND DESCRIBED IN VOLUME 30, PAGE 280.

9. BY DEED DATED JUNE 15, 1891, RECORDED IN VOLUME 67 AT PAGE 77 OF THE DEED RECORDS OF HARRIS COUNTY, TEXAS, A. B. MENARD, ET UX, CONVEYED TO JAMES CONVERSE AND SAM ALLEN A TRACT OF 450 ACRES; CANNOT READ DESCRIPTION DUE TO QUALITY OF DOCUMENT.

10. BY DEED DATED JANUARY 9, 1897, RECORDED IN VOLUME 94, PAGE 411, DEED RECORDS OF HARRIS COUNTY, TEXAS, JAMES CONVERSE CONVEYED TO M. W. GARNETT, ALL OF HIS 1/2 INTEREST IN 450 ACRES AND 40 ACRES IN THE RITSON MORRIS LEAGUE; CANNOT PLOT FROM DESCRIPTIONS CONTAINED THEREIN.

11. BY DEED DATED APRIL 25, 1900, RECORDED IN VOLUME 118, PAGE 621, DEED RECORDS OF HARRIS COUNTY, TEXAS, SAM ALLEN LUMBER COMPANY BY ITS PRESIDENT, SAM ALLEN, AND CARRIE BELLE GARNETT, SOLE LEGATEE IN COMMUNITY OF M. W. GARNETT, DECEASED, CONVEYED TO LOU PALMS 10 ACRES OUT OF THE RITSON MORRIS LEAGUE; SAID TRACT HAS SOME ERRORS AS TO BEARINGS (NORTH 70°12' WEST) WHICH ARE OBVIOUSLY MEANT TO BE "NORTH 07°12' WEST". THIS IS THE SOUTH 10 ACRES SHOWN HEREON; DEED ALSO INCLUDES TRIANGULAR PIECE OF GROUND CONTAINING 14,120 SQUARE FEET, AS SHOWN HEREON. THIS IS PART OF SUBJECT TRACT.

12. BY DEED DATED APRIL 25, 1900, RECORDED IN VOLUME 118, PAGE 622, DEED RECORDS OF HARRIS COUNTY, TEXAS, SAM ALLEN LUMBER COMPANY, BY ITS PRESIDENT, SAM ALLEN, AND CARRIE BELLE GARNETT AS SOLE LEGATEE IN COMMUNITY OF M. W. GARNETT, DECEASED, CONVEYED TO ALF PALMS A 10 ACRE TRACT OF LAND IN THE RITSON MORRIS LEAGUE; SAID TRACT IS THE NORTH 10 ACRES SHOWN HEREON AND IS PART OF THE SUBJECT TRACT.

13. BY DEED DATED JANUARY 12, 1901, STERLING MEYER, TRUSTEE, CONVEYED TO MRS. SUE E. BAKER, THE UNDIVIDED 1/2 INTEREST IN 450 ACRES, MORE OR LESS, OUT OF THE RITSON MORRIS; UNABLE TO PLOT ENTIRE TRACT BASED ON DESCRIPTION CONTAINED THEREIN; RECORDED IN VOLUME 126, PAGE 10, DEED RECORDS, HARRIS COUNTY, TEXAS.

14. BY DEED DATED JULY 30, 1901, RECORDED IN VOLUME 128, PAGE 378, DEED RECORDS, HARRIS COUNTY, TEXAS, CARRIE BELL ABRAHAMS, FORMERLY GARNETT, CONVEYED TO J. W. JONES, FRACTIONAL BLOCK 333, LOT 4, BLOCK 328, LOT 9, BLOCK 327 AND LOTS 13, 14 AND 15, BLOCK 157; BEING KNOWN AS HOUSTON HEIGHTS; ALSO 1/2 UNDIVIDED INTEREST IN 450 ACRES MENTIONED ABOVE AND A 40 ACRE TRACT.

15. BY DEED DATED MAY 9, 1902, RECORDED IN VOLUME 249, PAGE 33, DEED RECORDS, HARRIS COUNTY, TEXAS, BY SHERIFF'S ORDER, FANNIE ROSENBERG, PLAINTIFF, ET AL, RECOVERED A JUDGMENT AGAINS MRS. FRANCES ALLEN, EXECUTRIX OF ESTATE OF SAM ALLEN, DECEASED, ET AL, PERTAINING TO TWO TRACTS OF LAND BEING AN UNDIVIDED 1/2 INTEREST, IN THE RITSON MORRIS LEAGUE; BEING 450 ACRES.

16. BY SHERIFF'S DEED DATED JUNE 3, 1902, RECORDED IN VOLUME 141, PAGE 238, DEED RECORDS, HARRIS COUNTY, TEXAS, A. R. ANDERSON, SHERIFF, CONVEYED TO SOUTH TEXAS NATIONAL BANK, THE ABOVE MENTIONED 450 ACRES.

17. BY DEED DATED SEPTEMBER 7, 1907, RECORDED IN VOLUME 209 AT PAGE 369, DEED RECORDS, HARRIS COUNTY, TEXAS, AFFIDAVIT BY A. B. MENARD AND WIFE, VIRGINIA MENARD, TO THE PUBLIC, ABOUT DOBIE HEIRS.

18. BY DEED DATED SEPTEMBER 6, 1910, RECORDED IN VOLUME 258 AT PAGE 125, DEED RECORDS, HARRIS COUNTY, TEXAS, ESTATE OF J. W. JONES, DECEASED, CONVEYED TO MRS. JULIA S. HECKER, AN UNDIVIDED 1/2 INTEREST IN THE 450 ACRES MENTIONED ABOVE. THIS DEED HAS A DIFFERENT DESCRIPTION, BUT STILL UNABLE TO PLOT CORRECTLY.

19. BY DEED DATED MAY 2, 1911, RECORDED IN VOLUME 267, PAGE 628, DEED RECORDS, HARRIS COUNTY, TEXAS, CARRIE BELLE ABRAHAMS, FORMERLY GARNETT, ET VIR, QUIT-CLAIMED TO SARAH B. JONES, ALL RIGHT, TITLE AND INTEREST IN FRACTIONAL BLOCK 333, LOT 4, BLOCK 328, LOT 9, BLOCK 327 AND LOTS 13, 14 AND 15, BLOCK 15___, ALL BEING AT HOUSTON HEIGHTS; AND AN UNDIVIDED 1/2 INTEREST IN AND TO TWO TRACTS OF LAND IN THE RITSON MORRIS LEAGUE, BEING THE 450 ACRES; AND AN UNDIVIDED 1/2 INTEREST IN 40 ACRES.

20. BY DEED DATED JUNE 8, 1937, RECORDED IN VOLUME 1074, PAGE 479, DEED RECORDS OF HARRIS COUNTY, TEXAS, MISS NORMA PALMS, ET AL, CONVEYED TO CHARLES ELLIS, ET UX, 10 ACRES OF LAND, BEING THE SAME LAND DESCRIBED IN VOLUME 118, PAGE 622; AND SHOWN HEREON AS THE NORTH 10 ACRE TRACT.

21. BY DEED DATED DECEMBER 11, 1968, RECORDED UNDER COUNTY CLERK'S FILE #C891756, DEED RECORDS OF HARRIS COUNTY, TEXAS, HENRY M. JORDAN, ET UX, CONVEYED TO HANDLEY REALTY COMPANY, THE WEST 5 ACRES OF A 10 ACRE TRACT AS SHOWN HEREON. (BEING CALLED 4.9883 AC.)

22. BY DEED DATED AUGUST 23, 1968, RECORDED UNDER COUNTY CLERK'S FILE #C776611, DEED RECORDS OF HARRIS COUNTY, TEXAS, FRANCES A. ELLIS, WIDOW OF CHARLES ELLIS, CONVEYED TO JOSEPHINE BENESTANTE ODDO, ET AL, 10 ACRES OF LAND; BEING THE NORTH 10 ACRES AS SHOWN.

23. BY DEED DATED APRIL 2, 1969, RECORDED UNDER COUNTY CLERK'S FILE #C891754, DEED RECORDS OF HARRIS COUNTY, TEXAS, NINA LAURA TEMPLE, FORMERLY PALMS, ET VIR, CONVEYED TO HANDLEY REALTY COMPANY THE WEST 5 ACRES OF A 10.325 ACRE TRACT; BEING THE CALLED 4.9883 ACRES SHOWN HEREON.

24. BY DEED DATED APRIL 2, 1969, RECORDED UNDER COUNTY CLERK'S FILE #C909465, DEED RECORDS OF HARRIS COUNTY, TEXAS, HANDLEY REALTY COMPANY CONVEYED TO SAN JACINTO SAVINGS ASSOCIATION, THE WEST 5 ACRES OF A 10.325 ACRE TRACT; BEING THE CALLED 4.9883 ACRES SHOWN HEREON.

25. BY DEED DATED SEPTEMBER 12, 1969, RECORDED UNDER COUNTY CLERK'S FILE #C982730, DEED RECORDS OF HARRIS COUNTY, TEXAS, SAN JACINTO SAVINGS ASSOCIATION CONVEYED TO S. J. INVESTMENT CO., THE WEST 5 ACRES OF A 10.325 ACRE TRACT; BEING THE CALLED 4.9883 ACRES SHOWN HEREON.

26. BY DEED DATED FEBRUARY 21, 1974, RECORDED UNDER COUNTY CLERK'S FILE #E089810, DEED RECORDS OF HARRIS COUNTY, TEXAS, VINCENT ODDO, ET UX, CONVEYED TO BENNIE ODDO, ET UX, THE SOUTH 5 ACRES OF THE NORTH 10 ACRES SHOWN HEREON.

27. BY DEED DATED FEBRUARY 21, 1974, RECORDED UNDER COUNTY CLERK'S FILE #E089811, DEED RECORDS OF HARRIS COUNTY, TEXAS, BENNIE ODDO, ET UX, CONVEYED TO VINCENT ODDO, ET UX, THE SOUTH 5 ACRES OF THE NORTH 10 ACRES SHOWN HEREON.

28. BY DEED DATED JUNE 1, 1976, RECORDED UNDER COUNTY CLERK'S FILE #E640842, DEED RECORDS OF HARRIS COUNTY, TEXAS, S. J. INVESTMENT CO. CONVEYED TO SAN JACINTO SAVINGS ASSOCATION THE WEST 5 ACRES OF A 10.325 ACRE TRACT; BEING THE 4.9883 ACRES SHOWN HEREON.

29. BY DEED DATED JULY 15, 1977, RECORDED UNDER COUNTY CLERK'S FILE #F748444, DEED RECORDS OF HARRIS COUNTY, TEXAS, MARIDEAN W. ODDO CONVEYED TO BENNIE ODDO, HER RIGHT, TITLE AND INTEREST IN THE 5 ACRES O/O NORTH 10 ACRE TRACT; A 1/2 INTEREST IN 2 PARCELS IN SEABROOK; LOTS 9, 10, 11 AND 12, BLOCK 35 OF TOWN OF SEABROOK; RIGHT-OF-WAY LEASEHOLD INTEREST FROM SOUTHERN PACIFIC RR COMPANY, ALONG HWY. 146, SEABROOK, INCLUDING 2 SMALL BUILDINGS THEREON.

30. BY DEED DATED OCTOBER 25, 1983, RECORDED UNDER COUNTY CLERK'S FILE #J206818, DEED RECORDS, HARRIS COUNTY, TEXAS, SAN JACINTO SAVINGS ASSOCIATION CONVEYED TO J. RAY MURILLO, TRUSTEE, THE 4.9883 ACRES SHOWN HEREON AND A 15.000 ACRE TRACT IN THE RITSON MORRIS LEAGUE.

31. BY CORRECTION DEED DATED OCTOBER 25, 1983, RECORDED UNDER COUNTY CLERK'S FILE #J214408, DEED RECORDS, HARRIS COUNTY, TEXAS, SAN JACINTO SAVINGS ASSOCIATION CONVEYED TO J. RAY MURILLO, TRUSTEE, THE 4.9883 ACRES AND THE 15.000 ACRES; TO CORRECT LEGAL DESCRIPTION, HOWEVER, LAST PAGE OF DESCRIPTION IS MISSING FROM DOCUMENT.

32. BY DEED DATED APRIL 15, 1997, RECORDED UNDER COUNTY CLERK'S FILE #S513130, OFFICIAL PUBLIC RECORDS OF REAL PROPERTY OF HARRIS COUNTY, TEXAS, JOSEPHINE ODDO CONVEYED TO I. BENESTANTE INVESTMENTS, L.P. THE EAST 1/2 OF LOTS 1 AND 2, BLOCK 149 AND LOTS 3, 4, AND 5, BLOCK 149 AND LOT 10, BLOCK 149 AND LOT 10, BLOCK 150, TOWN OF SEABROOK; THE 5 ACRES O/O THE NORTH 10 ACRES SHOWN HEREON; PART OF LOT 10, BLOCK 141, TOWN OF SEABROOK AND LOT 6 AND WESTERLY 20 FEET OF LOT 7, BLOCK 141 OF THE TOWN OF SEABROOK.

33. BY DEED DATED JUNE 30, 1998, RECORDED UNDER COUNTY CLERK'S FILE #T125997, OFFICIAL PUBLIC RECORDS OF REAL PROPERTY OF HARRIS COUNTY, TEXAS, I. BENESTANTE INVESTMENTS, L.P. CONVEYED TO BENESTANTE INVESTMENTS, LTD. 5 ACRES, BEING THE 5 ACRES O/O NORTH 10 ACRES SHOWN HEREON.

34. AFFIDAVIT OF HEIRSHIP DATED MAY 17, 2000, RECORDED UNDER COUNTY CLERK'S FILE #U419469, OFFICIAL PUBLIC RECORDS OF REAL PROPERTY OF HARRIS COUNTY, TEXAS, AS TO HEIRS OF JOSEPHINE BENESTANTE ODDO AND VINCENT BERNARDO ODDO AND DESCRIBES A 0.034 OF AN ACRE TRACT OUT OF LOT 10, BLOCK 141, TOWN OF SEABROOK.

35. BY DEED DATED JUNE 28, 2000, RECORDED UNDER COUNTY CLERK'S FILE #U489277, OFFICIAL PUBLIC RECORDS OF REAL PROPERTY OF HARRIS COUNTY, TEXAS, J. RAY MURILLO, TRUSTEE, CONVEYED TO STACEY R. ODDO, THE 4.9883 ACRES SHOWN HEREON

36. BY CORRECTION AFFIDAVIT OF HEIRSHIP DATED AUGUST 22, 2001, RECORDED UNDER COUNTY CLERK'S FILE #V291923, OFFICIAL PUBLIC RECORDS OF REAL PROPERTY OF HARRIS COUNTY, TEXAS, AS TO HEIRS OF JOSEPHINE BENESTANTE ODDO AND VINCENT BERNARDO ODDO, DESCRIBED THE 5 ACRE TRACT OF LAND O/O NORTH 10 ACRES AS SHOWN HEREON. THIS WAS TO CORRECT PREVIOUS AFFIDAVIT #U419469.

37. BY DEED DATED AUGUST 31, 2001, RECORDED UNDER COUNTY CLERK'S FILE #V291924, OFFICIAL PUBLIC RECORDS OF REAL PROPERTY OF HARRIS COUNTY, TEXAS, LENO ODDO CAROTENUTO CONVEYED TO BENNIE ODDO ALL OF HER INTEREST IN THE 5.0 ACRES BEING THE SOUTH 5 ACRES OF THE NORTH 10 ACRES SHOWN HEREON.

38. BY DEED DATED MAY 23, 2007, RECORDED UNDER COUNTY CLERK'S FILE #20070323267, OFFICIAL PUBLIC RECORDS OF REAL PROPERTY OF HARRIS COUNTY, TEXAS, BENNIE ODDO CONVEYED TO STACEY ODDO THE 5 ACRES BEING THE SOUTH 5 ACRES OF THE NORTH 10 ACRES SHOWN HEREON.

39. BY DEED DATED MAY 23, 2007, RECORDED UNDER COUNTY CLERK'S FILE #20070323268, OFFICIAL PUBLIC RECORDS OF REAL PROPERTY OF HARRIS COUNTY, TEXAS, BENESTANTE INVESTMENTS, LTD. CONVEYED TO STACEY ODDO, THE 5 ACRES BEING THE SOUTH 5 ACRES OF THE NORTH 10 ACRES SHOWN HEREON.

40. BY QUITCLAIM DEED DATED MAY 23, 2007, RECORDED UNDER COUNTY CLERK'S FILE #20070323269, OFFICIAL PUBLIC RECORDS OF REAL PROPERTY OF HARRIS COUNTY, TEXAS, BENNIE ODDO CONVEYED TO STACEY ODDO THE 5 ACRES BEING THE SOUTH 5 ACRES OF THE NORTH 10 ACRES SHOWN HEREON.

EASEMENTS AFFECTING NORTHERN 10.3 ACRES:

SUBJECT TO PIPELINE EASEMENT FROM CHARLES ELLIS, ET UX, TO SHELL PIPE LINE CORP. BY INSTRUMENT DATED OCTOBER 19, 1942 AND RECORDED IN VOLUME 1270 AT PAGE 236 OF THE DEED RECORDS OF HARRIS COUNTY, TEXAS. EASEMENT IS UNDEFINED AS TO WIDTH AND LOCATION; ASSIGNED TO SERVICE PIPE LINE COMPANY IN VOL. 4263, PG. 198, D.R.

SUBJECT TO PIPELINE EASEMENT FROM CHARLES ELLIS, ET UX, TO DEFENSE PLANT CORPORATION BY INSTRUMENT DATED MAY 28, 1943 AND RECORDED IN VOLUME 1290 AT PAGE 277 OF THE DEED RECORDS OF HARRIS COUNTY, TEXAS. EASEMENT IS UNDEFINED AS TO WIDTH AND LOCATION; ASSIGNED TO HUMBLE PIPE LINE COMPANY UNDER CCF #C870990.

SUBJECT TO PIPELINE EASEMENT FROM CHARLES ELLIS, ET UX, TO GULF REFINING COMPANY & GULF OIL CORPORATION BY INSTRUMENT DATED JULY 6, 1951 AND RECORDED IN VOLUME 2309 AT PAGE 397 OF THE DEED RECORDS OF HARRIS COUNTY, TEXAS; EASEMENTS IS UNDEFINED AS TO WIDTH AND LOCATION; CONVEYED BY GULF REFINING COMPANY TO GULF PIPE LINE COMPANY BY INSTRUMENT DATED DECEMBER 31, 1956 AND RECORDED IN VOLUME 3463, PAGE 284, DEED RECORDS OF HARRIS COUNTY, TEXAS.

SUBJECT TO PIPELINE EASEMENT FROM CHARLES ELLIS, ET UX, TO MAGNOLIA PIPE LINE COMPANY BY INSTRUMENT DATED MAY 17, 1956 AND RECORDED IN VOLUME 3210 AT PAGE 630 OF THE DEED RECORDS OF HARRIS COUNTY, TEXAS; EASEMENT IS UNDEFINED AS TO WIDTH AND LOCATION.

SUBJECT TO ASSIGNMENT OF PIPELINE FROM MAGNOLIA PETROLEUM COMPANY TO MAGNOLIA PIPE LINE COMPANY DATED JANUARY 16, 1958, RECORDED IN VOLUME 3451, PAGE 517, DEED RECORDS, HARRIS COUNTY, TEXAS; EASEMENT IS UNDEFINED AS TO WIDTH AND LOCATION.

SUBJECT TO 120 FEET WIDE EASEMENT FROM FRANCES A. ELLIS, IND. & AS IND. EX. OF THE ESTATE OF CHARLES ELLIS, DECEASED, TO HOUSTON LIGHTING & POWER COMPANY, BY INSTRUMENT DATED SEPTEMBER 10, 1963 AND RECORDED IN VOLUME 5274 AT PAGE 92 OF THE DEED RECORDS OF HARRIS COUNTY, TEXAS; CALLED TO CONTAIN 1.379 ACRES OF LAND; AS SHOWN HEREON.

SUBJECT TO 10 FEET WIDE EASEMENT FOR 3 PIPELINES FROM VINCENT ODDO TO AMOCO PIPELINE COMPANY DATED AUGUST 22, 1973 AND RECORDED UNDER COUNTY CLERK'S FILE #D956584 OF THE DEED RECORDS OF HARRIS COUNTY, TEXAS; AS SHOWN HEREON.

SUBJECT TO 10 FEET WIDE EASEMENT FOR 1 PIPELINE FROM VINCENT ODDO, ET UX, TO GULF OIL CORPORATION BY INSTRUMENT DATED AUGUST 2, 1977 AND RECORDED UNDER COUNTY CLERK'S FILE #F287993 OF THE DEED RECORDS OF HARRIS COUNTY, TEXAS; AS SHOWN HEREON.

SUBJECT TO 10 FEET WIDE EASEMENT FOR 1 PIPELINE FROM BENNIE ODDO TO GULF OIL CORPORATION BY INSTRUMENT DATED AUGUST 2, 1977 AND RECORDED UNDER COUNTY CLERK'S FILE #F287994 OF THE DEED RECORDS OF HARRIS COUNTY, TEXAS; AS SHOWN HEREON.

SUBJECT TO 10 FEET WIDE EASEMENT AND R/W AGREEMENT FROM BENNIE ODDO TO UNION CARBIDE CORPORATION BY INSTRUMENT DATED NOVEMBER 10, 1979 AND RECORDED UNDER COUNTY CLERK'S FILE #G324884 OF THE DEED RECORDS OF HARRIS COUNTY, TEXAS; AS SHOWN HEREON.

SUBJECT TO 10 FEET WIDE EASEMENT AND R/W AGREEMENT FROM VINCENT ODDO, ET UX, TO UNION CARBIDE CORPORATION BY INSTRUMENT DATED NOVEMBER 10, 1979 AND RECORDED UNDER COUNTY CLERK'S FILE #G324885 OF THE DEED RECORDS OF HARRIS COUNTY, TEXAS; AS SHOWN HEREON.

SUBJECT TO EASEMENT FOR ONE 10" PIPELINE FROM BENNIE ODDO TO AIR PRODUCTS & CHEMICALS, INC. BY INSTRUMENT DATED JULY 22, 1980 AND RECORDED UNDER COUNTY CLERK'S FILE #G627560 OF THE DEED RECORDS OF HARRIS COUNTY, TEXAS; AS SHOWN HEREON.

SUBJECT TO EASEMENT FOR ONE 10" PIPELINE FROM VINCENT ODDO, ET UX TO AIR PRODUCTS & CHEMICALS, INC. BY INSTRUMENT DATED JULY 22, 1980 AND RECORDED UNDER COUNTY CLERK'S FILE #G627561 OF THE DEED RECORDS OF HARRIS COUNTY, TEXAS; AS SHOWN HEREON.

SUBJECT TO ASBUILT AMOCO PIPELINE COMPANY'S TEXAS CITY TO BAYTOWN 12" PRODUCTS PIPELINE AS DESCRIBED IN INSTRUMENT DATED JANUARY 14, 1993 AND RECORDED UNDER COUNTY CLERK'S FILE #P061461 OF THE OFFICIAL PUBLIC RECORDS OF REAL PROPERTY OF HARRIS COUNTY, TEXAS; TOGETHER WITH VALVE SITES; AS SHOWN HEREON.

SUBJECT TO 30 FEET WIDE EASEMENT FOR ONE PIPELINE FROM BERNARDO ODDO, ET AL, TO LAVACA PIPE LINE COMPANY BY INSTRUMENT DATED JUNE 2, 2000 AND RECORDED UNDER COUNTY CLERK'S FILE #U503723 OF THE OFFICIAL PUBLIC RECORDS OF REAL PROPERTY OF HARRIS COUNTY, TEXAS; AS SHOWN HEREON.

SUBJECT TO 30 FEET WIDE EASEMENT FOR ONE PIPELINE FROM BENESTANTE INVESTMENTS, LTD., TO LAVACA PIPE LINE COMPANY BY INSTRUMENT DATED MAY 31, 2000 AND RECORDED UNDER COUNTY CLERK'S FILE #U503724 OF THE OFFICIAL PUBLIC RECORDS OF REAL PROPERTY OF HARRIS COUNTY, TEXAS. AS SHOWN HEREON.

SUBJECT TO PIPELINE RIGHT-OF-WAY AND EASEMENT BETWEEN STACEY ODDO AND DOW HYDROCARBONS AND RESOURCES LLC, DATED SEPTEMBER 3, 2014 AND RECORDED UNDER COUNTY CLERK'S FILE NO. 20140459712 OF THE OFFICIAL PUBLIC RECORDS OF REAL PROPERTY OF HARRIS COUNTY, TEXAS; PIPELINE IS TO BE 30 FEET WIDE; TOGETHER WITH VALVE SITE AND ACCESS EASEMENT; AS SHOWN HEREON.