# EXHIBIT A

10 ACRES
SAM ALLEN LUMBER CO., ET AL
TO
AF PALMS
APRIL 26, 1900
VOLUME 116, PAGE 622
DEED RECORDS
HARRIS COUNTY, TEXAS

INC LOU PALMS
10 ACRES

34.82 ACRES
HOUSTON LIGHTING & POWER CO.
TO
DUKE ENERGY
VOL. 4325, PAGE 1
DEED RECORDS
HARRIS COUNTY, TEXAS

S 70°17' E 500.0'
S 70°17' E 250.0'
S 70°17' E 250.0'
S 70°17' E 250.0'

N 09°21' W 497.50'

N 89°37'00" W 440.41'

4.9863 ACRES
J. MURILLO, TRUSTEE
STRACT VL 10.0000
JUNE 26, 2001
CCF #U466572
OFFICIAL PUBLIC RECORDS
OF REAL PROPERTY OF
HARRIS COUNTY, TEXAS

S 89°43'24" E 429.60'

5.00 ACRES
BENESTANTE INVESTMENTS, LTD.
TO STACEY 0000
JULY 22, 2007
CCF #U0703328
OFFICIAL PUBLIC RECORDS
OF REAL PROPERTY OF
HARRIS COUNTY, TEXAS

(PART OF SAME LAND)

DAMES & BENNE
& RUSK CO. UX
JULY 22, 2007
CCF #U0703327
(PART OF SAME LAND)

BENNE 0000 TO STACEY 0000
JULY 22, 2007
CCF #U0703326
OFFICIAL PUBLIC RECORDS
HARRIS COUNTY, TEXAS
(PART OF SAME LAND VOL. 116, PG. 620-623)

WEST 878.0'
EAST 878.0'

1.60' WIDE EASEMENT
HOUSTON LIGHTING & POWER
ESTATE OF CHARLES ELLIS
SEPTEMBER 10, 1965
DEED RECORDS
HARRIS COUNTY, TEXAS

10 ACRES
SAM ALLEN LUMBER CO., ET AL
TO
LOU PALMS
APRIL 26, 1900
VOLUME 116, PAGE 622
DEED RECORDS
HARRIS COUNTY, TEXAS

S 89°43'24" E 449.60'
S 07°30'05" E 499.41'
S 07°30'05" E 499.41'

EAST 878.0'
WEST 878.0'
EAST 878.0'

BENNE 0000

5.3037 ACRES
JOHN M. BURGLAND
TO
BENNE 0000
JUNE 15, 1998
CCF #U0553727
OFFICIAL PUBLIC RECORDS
OF REAL PROPERTY OF
HARRIS COUNTY, TEXAS

S 89°43'24" E 265.27'

C/A 30' WIDE ESMT
BERNARDO OGGO, ET AL
LAVACA PIPE LINE CO.
JUNE 2, 2000
CCF #U503723

C/A 30' WIDE ESMT
BENESTANTE INV., LTD.
LAVACA PIPE LINE CO.
MAY 31, 2000
CCF #U503724

C/A ASPHALT AMOCO 12" PIPELINE

N 89°45'46" W 440.06'

N 70°17' E 250.0'
N 70°17' E 250.0'
N 70°17' E 250.0'

N 07°20'37" W 668.02'

S ACRE.5 22.02

DOW HYDROCARBONS
& RESOURCES LLC
TO
BENNE 0000
AUGUST 25, 1979
CCF #F827632

C/A 10' WIDE ESMT
UNION CARBIDE CORPORATION
TO
BENNE 0000
AUGUST 21, 1973
CCF #U514649

C/A 10' WIDE ESMT
BENNE 0000
AUGUST 21, 1973
CCF #U514649

C/A 10' WIDE ESMT
GULF OIL CORPORATION
TO
BENNE 0000
AUGUST 22, 1977
CCF #F252570

C/A 10' WIDE ESMT
GULF OIL CORPORATION
TO
STACEY 0000
CCF #F827632

PIPELINE R/W & ESMT.
TO
UNION CARBIDE
CORPORATION
NOVEMBER 16, 1979

AIR PRODUCTS
STACEY 0000
CCF #F252560

BEGINNING AT A STAKE
IN THE N LINE OF C/C & S.A.
RAILROAD & N.G. R.G.
SAM ALLEN LUMBER CO., ET AL
TO LOU PALMS

AMOUNT 21, 1973
CCF #U514649

C/A 10' WIDE ESMT
VINCENT 0000

C/A 10' WIDE ESMT
AIR PRODUCTS PIPELINE ESMT.
TO CHEMICALS INC.
JULY 22, 1980
VINCENT 0000
CCF #F252561

AIR PRODUCTS & CHEMICALS, INC.
JULY 22, 1980
CCF #F252561

14,520 SQUARE FEET
SAM ALLEN LUMBER CO., ET AL
TO
LOU PALMS
APRIL 26, 1900
VOLUME 116, PAGE 620
DEED RECORDS
HARRIS COUNTY, TEXAS

TRACT III – ANY REVERSIONARY OR OTHER RIGHTS
JULIAN OSWALD HICKER, ET AL
SEPTEMBER 1, 1990
VOL. 4325, PAGE 434
DEED RECORDS
HARRIS COUNTY, TEXAS

THESE TRACTS ARE SUBJECT
TO THE FOLLOWING:
ESMT. TO GULF REFINING CO.
ESMT. TO SHELL PL. CORP.
ESMT. TO HARRIS COUNTY
R/W FROM JULIAN OSWALD HICKER
ANY OTHER EASEMENT
BETWEEN THE EAST BOUNDARY
LINE OF STATE HIGHWAY NO. 146

TRACT II – 168.313 ACRES
O/O J. R. HICKER AND
JULIAN OSWALD HICKER, ET AL
TO
SEPTEMBER 1, 1990
VOL. 4325, PAGE 434
DEED RECORDS
HARRIS COUNTY, TEXAS

000271