# EXHIBIT B

# SPECIAL WARRANTY DEED

| THE STATE OF TEXAS | § | 20070323267 |
|---|---|---|
| | § | 05/29/2007  RP3  $20.00 |
| COUNTY OF Harris | § | |



**BENNIE ODDO** ("<u>Grantor</u>"), for and in consideration of the sum of Ten and No/100 Dollars ($10.00) and other good and valuable consideration to Grantor in hand paid by **STACEY ODDO**, an individual whose address is 2401 Respdorph #303 Seabrook TX 77586 (hereinafter called "<u>Grantee</u>"), the receipt and sufficiency of which are hereby acknowledged and confessed, has GRANTED, SOLD and CONVEYED, and by these presents does GRANT, SELL and CONVEY unto said Grantee, the following described tract of land, to-wit:

Five (5) acres of land, more or less, in the Ritson Morris League in Harris County, Texas and being more particularly described by metes and bounds as follows:

BEGINNING at a stake in the West line of the G.H. & S.A. Railroad right-of-way, said point being the Northeast corner of the ten (10) acre tract of land conveyed to Lou Palms by the Sam Allen Lumber Company and Carrie Belle Garnett,

THENCE, North 70°12' West along said West line of said railroad right-of-way 500 feet to a point for corner;

THENCE, due West 878 to a stake in the prairie for corner;

THENCE, South 70°12' East 250 feet to a stake for corner;

THENCE, due East 878 feet to a point in the West line of the G.H. & S.A. Railroad right-of-way for corner;

THENCE, North 70°12' West 250 feet to the Place of Beginning, and containing five (5) acres of land, and being part of the same land described in the deed from the Sam Allen Lumber Company and Carrie Belle Garnett to Alf Palms, dated April 25th 1900, and recorded in Volume 118 at pages 622 and 623 of the Deed Records of Harris County, Texas, reference to which said deed and the record thereof is here made for all purposes.

SUBJECT TO: Any and all mineral and/or royalty and any and all restrictions, covenants, conditions, and easements, if any, relating to the hereinabove described property, but only to the extent they are still in effect, as shown of record in the hereinabove mentioned County and State, and to all zoning laws, regulations of municipal and/or other governmental authorities, if any, buy only to the extent that they are still in effect, relating to the hereinabove described property.

962644.1/006615.000002

TO HAVE AND TO HOLD the above described premises, together with all and singular the rights and appurtenances thereunto in anywise belonging unto said Grantee, its successors and assigns, forever. And Grantor does hereby bind itself and its successors to WARRANT and FOREVER DEFEND all and singular the said premises unto said Grantee, its successors and assigns, against every person whomsoever lawfully claiming or to claim the same or any part thereof by, through or under the Grantor but not otherwise.

EXECUTED to be effective this 23rd day of May, 2007.

_____
Bennie Oddo

THE STATE OF TEXAS §
§
COUNTY OF HARRIS §

This instrument was acknowledged before me on the 23rd day of May, 2007, by Bennie Oddo.

[Seal]

_____
Notary Public—State of Texas


BRENDA M. LUSE
MY COMMISSION EXPIRES
MAY 14, 2011

Return to:
Stacey R. Oddo
P.O. Box 306
Seabrook, Tx 77586

RECORDER'S MEMORANDUM:
At the time of recordation, this instrument was found to be inadequate for the best photographic reproduction because of illegibility, carbon or photo copy, discolored paper, etc. All blockouts additions and changes were present at the time the instrument was filed and recorded.

ANY PROVISION HEREIN WHICH RESTRICTS THE SALE, RENTAL, OR USE OF THE DESCRIBED REAL PROPERTY BECAUSE OF COLOR OR RACE IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time stamped hereon by me; and was duly RECORDED, in the Official Public Records of Real Property of Harris County, Texas on

MAY 2 9 2007


_____
COUNTY CLERK
HARRIS COUNTY, TEXAS

2007 MAY 29 PM 3:09
COUNTY CLERK
HARRIS COUNTY, TEXAS
FILED

962644.1/006615.000002